IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Sneor,<br><br>   Plaintiff,<br><br>v.<br><br>TransUnion LLC, et al.,<br><br>   Defendants. | No. CV-14-01583-PHX-DJH<br><br>**ORDER** |

Having considered the parties' Stipulation for Dismissal with Prejudice as to Stuart Allan & Associates, Inc., Only (Doc. 37), filed February 6, 2015,

**IT IS ORDERED** that the Stipulation (Doc. 37) is **GRANTED** and that this action is **DISMISSED** with prejudice as to Defendant Stuart Allan & Associates, Inc., with each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** that the Clerk of Court shall **TERMINATE** this action in its entirety.

Dated this 6th day of February, 2015.

Honorable Diane J. Humetewa
United States District Judge